UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Ryan J. Hawrylo

Case No.: 21-16862
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle, U.S.B.J.__ on __November 16, 2021__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
133 Asbury Anderson Road,
Asbury, New Jersey
Valued at $358,000.00

Liens on property: Midland Mortgage, $316,515.00

Amount of equity claimed as exempt: $25,150.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey 07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Ryan J. Hawrylo  
    Debtor

Case No. 21-16862-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Oct 18, 2021      Form ID: pdf905      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan J. Hawrylo, 105 Spring Mills Road, Milford, NJ 08848-1944 |
| 519296056 | | Associated Credit Services, Inc., PO Box 5171, Westborough, MA 01581-5171 |
| 519296057 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 519296060 | + | Comcast Cable Communications, ATTN: Enhanced Recovery Collections, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 519297079 | + | Melissa (Hawrylo) Stringer, 133 Asbury Anderson Road, Asbury, NJ 08802-3000 |
| 519296063 | | Midland Mortgage, P.O. Box 268806, Oklahoma City, OK 73126-8806 |
| 519296064 | + | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 519296068 | ++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 address filed with court:, Theologia Papadelias, Esq., Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519296067 | + | Synchrony Bank/Lowe's, ATTN: Midland Credit Management, 320 E. Big Beaver Road, Troy, MI 48083-1238 |
| 519296069 | + | Valley National Bank, 1400 Valley Road, Wayne, NJ 07470-7987 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 18 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 18 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519296058 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2021 20:32:34 | Best Buy/CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 519296059 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 18 2021 20:32:30 | Capital One Bank USA, N.A., PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519296061 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 18 2021 20:25:00 | First Energy, PO Box 16001, Reading, PA 19612-6001 |
| 519296062 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 18 2021 20:25:00 | Midland Credit Management, Inc., 350 Camino de La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519296068 | | Email/Text: signed.order@pfwattorneys.com | Oct 18 2021 20:25:00 | Theologia Papadelias, Esq., Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519296065 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2021 20:32:41 | SYNCB/Care Credit, 950 Forrer Boulevard, Dayton, OH 45420-1469 |
| 519296066 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2021 20:32:41 | SYNCB/Pay Pal Credit, PO Box 530975, Orlando, FL 32896-0001 |
| 519298350 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2021 20:32:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 20, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Karen E. Bezner | Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Scott M. Wilhelm | on behalf of Debtor Ryan J. Hawrylo kathleenc@wwgrlaw.com  G27019@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5