Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  21−16862−CMG
                    Chapter:  7
                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ryan J. Hawrylo
   aka Ryan John Hawrylo
   105 Spring Mills Road
   Milford, NJ 08848

Social Security No.:
   xxx−xx−4618

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

133 Asbury Anderson Road, Asbury, New Jersey.

Dated: November 12, 2021
JAN: gan

                                                                Jeanne Naughton
                                                                Clerk