**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ryan J. Hawrylo | Social Security number or ITIN  xxx–xx–4618 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 21–16862–CMG | |

# Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ryan J. Hawrylo
aka Ryan John Hawrylo

12/3/21                                                    **By the court:**  Christine M. Gravelle
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                          Case No. 21-16862-CMG
Ryan J. Hawrylo                                                                                                  Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: 318 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan J. Hawrylo, 105 Spring Mills Road, Milford, NJ 08848-1944 |
| 519296056 | | Associated Credit Services, Inc., PO Box 5171, Westborough, MA 01581-5171 |
| 519296060 | + | Comcast Cable Communications, ATTN: Enhanced Recovery Collections, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 519297079 | + | Melissa (Hawrylo) Stringer, 133 Asbury Anderson Road, Asbury, NJ 08802-3000 |
| 519296063 | | Midland Mortgage, P.O. Box 268806, Oklahoma City, OK 73126-8806 |
| 519296067 | + | Synchrony Bank/Lowe's, ATTN: Midland Credit Management, 320 E. Big Beaver Road, Troy, MI 48083-1238 |
| 519296069 | + | Valley National Bank, 1400 Valley Road, Wayne, NJ 07470-7987 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519296057 | | EDI: BANKAMER.COM | Dec 04 2021 01:33:00 | Bank of America, PO Box 982238, El Paso, TX 79998 |
| 519296058 | + | EDI: CITICORP.COM | Dec 04 2021 01:33:00 | Best Buy/CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 519296059 | + | EDI: CAPITALONE.COM | Dec 04 2021 01:33:00 | Capital One Bank USA, N.A., PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519296061 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 03 2021 20:36:00 | First Energy, PO Box 16001, Reading, PA 19612-6001 |
| 519296062 | + | EDI: MID8.COM | Dec 04 2021 01:33:00 | Midland Credit Management, Inc., 350 Camino de La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519296064 | + | EDI: NESF.COM | Dec 04 2021 01:33:00 | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 519296068 | | Email/Text: signed.order@pfwattorneys.com | Dec 03 2021 20:36:00 | Theologia Papadelias, Esq., Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519296065 | + | EDI: RMSC.COM | Dec 04 2021 01:33:00 | SYNCB/Care Credit, 950 Forrer Boulevard, Dayton, OH 45420-1469 |
| 519296066 | + | EDI: RMSC.COM | Dec 04 2021 01:33:00 | SYNCB/Pay Pal Credit, PO Box 530975, Orlando, FL 32896-0001 |
| 519298350 | + | EDI: RMSC.COM | Dec 04 2021 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 12

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 03, 2021 | Form ID: 318 | Total Noticed: 19 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Karen E. Bezner | Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Scott M. Wilhelm | on behalf of Debtor Ryan J. Hawrylo kathleenc@wwgrlaw.com  G27019@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5